# In The

# *Court of Appeals*

# *Ninth District of Texas at Beaumont*

_____

## NO. 09-15-00028-CR
_____

## IN RE ALBERT F. HAARMANN

## Original Proceeding

## MEMORANDUM OPINION

Albert F. Haarmann filed an original and amended petition for writ of mandamus, asking this Court to order his trial counsel to give Haarmann his case file in Cause Number 8843 in the 411th District Court of San Jacinto County.[1] Neither petition invoke this Court's mandamus jurisdiction. *See* Tex. Gov't Code Ann. § 22.221 (West 2004) (A court of appeals may issue a writ of mandamus against a judge of a district or county court in the court's district, or issue a writ

---

[1]Cause Number 8843 was affirmed on appeal and the Texas Court of Criminal Appeals subsequently denied Haarmann's petition for writ of habeas corpus. *See Ex parte Haarmann*, No. WR-74213-01, 2010 WL 3430873, at *1 (Tex. Crim. App. Aug. 25, 2010) (order, not designated for publication).

that is necessary to enforce the jurisdiction of the court.). Accordingly, we dismiss the petition for writ of mandamus.

PETITION DISMISSED.

PER CURIAM

Submitted on February 3, 2015
Opinion Delivered February 4, 2015
Do Not Publish

Before McKeithen, C.J., Horton and Johnson, JJ.